IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DR. STEPHEN T. SKOLY, Jr.,<br><br>          *Plaintiff*,<br><br>v.<br><br>DANIEL J. MCKEE, in his official capacity as the Governor of the State of Rhode Island; and JAMES McDONALD, in his official capacity as the Interim Director of the Rhode Island Department of Health,<br><br>          *Defendants*. | C.A. 1:22-cv-00058-MSM-LDA |

## NOTICE OF WITHDRAWAL

Stephen T. Skoly, Jr., by and through undersigned counsel, withdraws his previously submitted two Motions for a Temporary Restraining Order and one Motion for a Preliminary Injunction.

March 21, 2022.

                     Respectfully submitted,

                     /s/ *Brian Rosner*
                     Brian Rosner*
                     Senior Litigation Counsel
                     NEW CIVIL LIBERTIES ALLIANCE
                     1225 19th Street NW, Suite 450
                     Washington, DC 20036
                     Telephone: (202) 869-5210
                     Facsimile: (202) 869-5238
                     Brian.Rosner@NCLA.legal
                     *Pro hac vice application forthcoming*
                     * Admitted only in New York. DC practice
                     limited to matters and proceedings before United

States courts and agencies. Practicing under members of the District of Columbia Bar.

/s/ *Jenin Younes*

Jenin Younes*
Litigation Counsel
NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450
Washington, DC 20036
Telephone: (202) 869-5210
Facsimile: (202) 869-5238
jenin.younes@ncla.legal
*Pro hac vice application forthcoming*
* Admitted only in New York. DC practice limited to matters and proceedings before United States courts and agencies. Practicing under members of the District of Columbia Bar.

/s/ Gregory Piccirilli

Gregory Piccirilli, Esq. #4582
148 Atwood Ave., #302
Cranston, Rhode Island 02920
Telephone: (401) 578-3340
Facsimile: (401) 944-3250
gregory@splawri.com

*Attorneys for Plaintiffs*

s/ Christy B. Durant

Christy P. Durant, Esq. #7128
875 Centerville Road
Building 4, Unit #12
Warwick, RI 02886
Telephone: (401) 272-5300
Facsimile: (401) 825-7722

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on the 21st day of March, 2022, I caused to be sent via email a true and accurate copy of the within Notice of Withdrawal to attorneys for the following parties:

Michael Fields, Esq.
Office of the Attorney General
Mfield@riag.ri.gov

Chrisanne Wyrzykowski
Office of the Attorney General
CWyrzykowski@riag.ri.gov

 

_____
Brian Rosner
Counsel for Plaintiff