UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
:
DR. STEPHEN T. SKOLY, Jr.          :
:
    Plaintiff,                    :
:
vs.                                :  C.A. 1:22-cv-00058-JJM-LDA
:
DANIEL J. MCKEE, in his official capacity as  :
the Governor of the State of Rhode Island;   :
and JAMES McDONALD, in his official          :
capacity as the Interim Director of the Rhode :
Island Department of Health,                 :
:
    Defendants.                  :
_____

## **STIPULATION**

    The parties hereby agree that Defendants, Daniel J. McKee, in his official capacity as the Governor of the State of Rhode Island and James McDonald, in his official capacity as the Interim Director of the Rhode Island Department of Health (hereinafter "State Defendants") do not need to respond to Plaintiff's First Amended Complaint filed on February 18, 2022.  Rather, Plaintiff will be seeking to file a Second Amended Complaint and upon receipt of the Second Amended Complaint, the State Defendants have forty-five (45) days to answer or otherwise respond.

Respectfully submitted,

Daniel J. McKee, in his official capacity as the Governor of the State of Rhode Island, and James McDonald, MD, MPH, in his official capacity as the Interim Director of the Rhode Island Department of Health

Defendants,

BY:

PETER F. NERONHA,
ATTORNEY GENERAL

*/s/ Michael W. Field*
Michael W. Field, Bar No. 5809
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 Ext. 2380
mfield@riag.ri.gov


*/s/ Brian Rosner*
Brian Rosner*
Senior Litigation Counsel
NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450
Washington, DC 20036
Telephone: (202) 869-5210
Facsimile: (202) 869-5238
Brian.Rosner@NCLA.legal
*Pro hac vice application forthcoming*
* Admitted only in New York. DC practice limited to matters and proceedings before United States courts and agencies. Practicing under members of the District of Columbia Bar.

Attorney for Plaintiff, Dr. Stephen T. Skoly, Jr.

## **CERTIFICATE OF SERVICE**

  I, the undersigned, hereby certify that I filed the within via the ECF filing system and that a copy is available for viewing and downloading. I have also caused a copy to be sent via the ECF System to counsel of record on this 11th day of April, 2022.

                */s/ Michael W. Field*