IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DR. STEPHEN T. SKOLY, Jr.,<br><br>*Plaintiff,*<br><br>v.<br><br>DANIEL J. McKEE, in his official capacity as the Governor of the State of Rhode Island; JAMES McDONALD, in his official capacity as the Interim Director of the Rhode Island Department of Health, and MATTHEW D. WELDON, in his official capacity as the Director of the Rhode Island Department of Labor and Training.<br><br>*Defendants.* | C.A. 1:22-cv-00058-MSM-LDA |

## STIPULATION

The parties hereby agree that Plaintiff Stephen T. Skoly, Jr. has up to and including August 12, 2022 to either respond to Defendants' Motion to Dismiss or move to amend the complaint. If a motion to amend is filed, the proposed amended complaint shall indicate all deletions or additions from the operative complaint. Should a motion to amend be made and granted, Defendants, Daniel J. McKee, James McDonald, and Mathew D. Weldon shall have 30 days to respond to the amended complaint from the date it is granted. If the Defendants' response is a Motion to Dismiss, the Plaintiff shall have 30 days to respond to the motion and Defendants will have 30 days to reply. If a motion to amend the complaint is brought and denied, Plaintiff shall have 30 days from the date of denial to respond to the pending motion to dismiss, and Defendants shall have 30 days to reply.

Respectfully submitted,

Daniel J. McKee, in his official capacity as the Governor of the State of Rhode Island, and James McDonald, MD, MPH, in his official capacity as the Interim Director of the Rhode Island Department of Health; Mathew D. Weldon, in his official capacity as Director of the Rhode Island Department of Labor and Training

Defendants,

BY:

PETER F. NERONHA

ATTORNEY GENERAL


*/s/ Michael W. Field*
Michael W. Field, Bar No. 5809 Assistant Attorney General
150 South Main Street Providence, RI 02903
Tel: (401) 274-4400 Ext. 2380
Fax: (401) 222-3016
mfield@riag.ri.gov


*/s/ Brian Rosner*
Brian Rosner*
Senior Litigation Counsel
NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450
Washington, DC 20036
Telephone: (202) 869-5210
Facsimile: (202) 869-5238 Brian.Rosner@NCLA.legal
*Pro hac vice application forthcoming*
* Admitted only in New York. DC practice limited to matters and proceedings before United States courts and agencies. Practicing under members of the District of Columbia Bar.

Attorney for Plaintiff, Dr. Stephen T. Skoly, Jr

## **CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that I filed the within via the ECF filing system and that a copy is available for viewing and downloading. I have also caused a copy to be sent via the ECF System to counsel of record on this 20th day of July, 2022.

          */s/ Brian Rosner*