IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DR. STEPHEN T. SKOLY, Jr., <br><br> *Plaintiff*, <br><br> v. <br><br> DANIEL J. McKEE, in his official capacity as the Governor of the State of Rhode Island; JAMES McDONALD, in his official capacity as the Interim Director of the Rhode Island Department of Health, and MATTHEW D. WELDON, in his official capacity as the Director of the Rhode Island Department of Labor and Training. <br><br> *Defendants*. | C.A. 1:22-cv-00058-MSM-LDA |

## MOTION TO AMEND THE COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15(a)(2) and Local Rule of Civil Procedure 15, Plaintiff Dr. Stephen T. Skoly, Jr., by and through undersigned counsel, moves to amend the current Second Amended Complaint. The proposed Third Amended Complaint is attached to this Motion.

A Verified Complaint was filed on February 4, 2022. It was amended as of right on February 18, 2022. On April 26, 2022, Plaintiff moved to amend the Complaint. The motion was granted on June 2, 2022. On June 28, 2022, Defendants moved to dismiss the Second Amended Complaint. The parties have stipulated that Plaintiff has until August 8, 2022 to respond to the motion to dismiss or move to amend the Complaint (and have agreed to a briefing schedule).

The current Complaint alleges four causes of action against three defendants (Governor McKee, Interim Rhode Island Department of Health ("RIDOH") Director McDonald, and Rhode Island Department of Labor and Training ("RIDLT") Director Weldon). The proposed Third Amended Complaint alleges the same four causes of action and adds two individuals as defendants, the current interim RIDOH Director Utpala Bandy and the prior Director Nicole Alexander-Scott (who had been a defendant in the original complaint), and the three entities at which the individuals work or worked.

The amendment is necessary for Plaintiff to allege a complete and accurate statement of his claims.

The conduct at issue concerns a state vaccine mandate.  It had been thought that the mandate was in its final form when the current Complaint was proposed in April. However, after the motion to amend had been made and granted (and the Second Amended Complaint filed), Rhode Island promulgated a permanent vaccine mandate different from the one addressed in the Second Amended Complaint. The permanent mandate adversely effects the Plaintiff, and the Complaint's allegations need to be amended to address this effect. In addition, it is necessary to bring to the Court's attention relevant, significant factual developments, including arguably harmful conduct by Defendants and the CDC's recent pronouncement on the subject of natural and vaccine immunity.

In terms of case development, this litigation is in an early stage.  There has been no discovery, or scheduling conference or order. No defendant is prejudiced by the proposed amendment.

For the foregoing reasons, it is respectfully requested that the amendment be granted.

August 18, 2022

Respectfully submitted,

/s/ *Brian Rosner*

Brian Rosner*
Senior Litigation Counsel
NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450
Washington, DC 20036
Telephone: (202) 869-5210
Facsimile: (202) 869-5238
Brian.Rosner@NCLA.legal
* Admitted only in New York. DC practice limited to matters and proceedings before United States courts and agencies. Practicing under members of the District of Columbia Bar.

/s/ *Jenin Younes*

Jenin Younes*
Litigation Counsel
NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450
Washington, DC 20036
Telephone: (202) 869-5210
Facsimile: (202) 869-5238
jenin.younes@ncla.legal
* Admitted only in New York. DC practice limited to matters and proceedings before United States courts and agencies. Practicing under members of the District of Columbia Bar.

/s/ Gregory Piccirilli

Gregory Piccirilli, Esq., #4582
148 Atwood Ave., #302
Cranston, Rhode Island 02920
Telephone: (401) 578-3340
Facsimile: (401) 944-3250
gregory@splawri.com

/s/ Christy B. Durant
Christy P. Durant, Esq. #7128
875 Centerville Road
Building 4, Unit #12
Warwick, RI 02886
Telephone: (401) 524-6971
Facsimile: (401) 825-7722

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 18th day of August, 2022, I caused to be sent via email a true and accurate copy of the within Motion to Amend to attorneys for the Defendants:

Michael Field, Esq.
Office of the Attorney General
Mfield@riag.ri.gov


Chrisanne Wyrzykowski
Office of the Attorney General
CWyrzykowski@riag.ri.gov


                                                                       _____
                                                                        Brian Rosner