UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____

DR. STEPHEN T. SKOLY, Jr.

        Plaintiff,

vs.     :     C.A. 1:22-cv-00058-MSM-LDA

DANIEL J. MCKEE, sued in his official and individual capacities as the Governor of the State of Rhode Island; NICOLE ALEXANDER-SCOTT, sued in her official and individual capacities as the former Director of the Rhode Island Department of Health; JAMES McDONALD, sued in his official and individual capacities as the former Interim Director of the Rhode Island Department of Health; UTPALA BANDY, sued in her official and individual capacities as the current Interim Director of the Rhode Island Department of Health; MATTHEW D. WELDON, sued in his official and individual capacities as the Director of the Rhode Island Department of Labor and Training; the STATE OF RHORD ISLAND; THE RHODE ISLAND DEPARTMENT OF HEALTH; and the RHODE ISLAND DEPARTMENT OF LABOR AND TRAINING.

        Defendants.
_____

## **STIPULATION**

The parties hereby agree that Defendants, Daniel J. McKee, in his individual and official capacity; James McDonald, MD, MPH, in his individual and official capacity; Matthew D. Weldon, in his individual and official capacity; Nicole Alexander-Scott, MD, in her official and individual capacities as the former Director of the Rhode Island Department of Health; Utpala Bandy, in her official and individual capacities as the current interim Director of the Rhode Island Department of Health; the State of Rhode

1

Island; the Rhode Island Department of Health; and the Rhode Island Department of Labor and Training (hereinafter "State Defendants") have an additional eight (8) days, up to and including October 28, 2022, to answer or otherwise respond to Plaintiff's Third Amended Complaint.

Respectfully submitted,

Defendants,

BY:

PETER F. NERONHA,
ATTORNEY GENERAL

/s/ Michael W. Field
Michael W. Field, Bar No. 5809
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 Ext. 2380
Fax: (401) 222-3016
mfield@riag.ri.gov


/s/ Jenin Younes
Jenin Younes*
Litigation Counsel
NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450
Washington, DC 20036
Telephone: (202) 869-5210
Facsimile: (202) 869-5238
Jenin.Younes@ncla.legal
*Pro hac vice application forthcoming*
* Admitted only in New York. DC practice limited to matters and proceedings before United States courts and agencies. Practicing under members of the District of Columbia Bar.

Attorney for Plaintiff, Dr. Stephen T. Skoly, Jr.

2

## **CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that I filed the within via the ECF filing system and that a copy is available for viewing and downloading.  I have also caused a copy to be sent via the ECF System to counsel of record on this 20th day of October, 2022.

      */s/ Michael W. Field*