IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DR. STEPHEN T. SKOLY, Jr., <br><br>  *Plaintiff*, <br><br> v. <br><br> DANIEL J. MCKEE, in his official capacity as the Governor of the State of Rhode Island; and JAMES McDONALD, in his official capacity as the Interim Director of the Rhode Island Department of Health, <br><br> *Defendants*. | C.A. 1:22-cv-00058-MSM-LDA |

## Unopposed Motion to Extend Time for Filing Plaintiff's Response to Motion to Dismiss

Pursuant to Fed. R. Civ. Pro. 6(b) Plaintiff, Dr. Stephen Skoly respectfully moves for a twenty-one (21) day extension of time, up to and including January 30, 2023, within which to file Plaintiff's Response to Defendant's Motion to Dismiss. In support of this motion, Plaintiff states as follows:

1. In accordance with Local Rule Fed. R. Civ. Pro. 12(B)(6), Defendant's filed a Motion to Dismiss on October 28, 2022. D.E. 42.

2. According to L.R. Civ. P. 7, the Plaintiff's Response to the Motion to Dismiss was initially due November 11th, 2023.

3. As of October 31, 2022, the previous counsel has retired.

4. On November 9, 2022, Plaintiff sought an extension of time to file a response to the State's Motion to Dismiss, D.E. 43, which the Court granted the following day.

5. Presently, the response to the Government's Motion to Dismiss is due on January 9, 2023.

6. Unfortunately, the chief counsel for the New Civil Liberties Alliance—the law firm representing the Plaintiff—is unexpectedly out of country until January 9, 2023.

7. Furthermore, the new counsel who took over the present matter after the prior counsel has retired, is still continuing to familiarize himself with the case.

8. The requested extension of time will permit Plaintiff's new lead counsel to craft legal arguments with precision so as to both discharge the duty to his client and assist the Court in resolving this matter.

9. Plaintiff's counsel has spoken to opposing counsel, Chrisanne Wyrzykowski, Assistant Attorney General for the State of Rhode Island, who indicated that Defendant's counsel consent to the relief requested.

For the reasons stated herein, Plaintiff respectfully requests that the Court extend the time to file Plaintiff's Response to the Motion to Dismiss by twenty-one (21) days, up to and including **January 30th, 2023.**

Respectfully submitted, this 3rd day of January, 2023.

/s/ Gregory Dolin*
Gregory Dolin
New Civil Liberties Alliance
1225 19th Street NW, Suite 450
Washington, DC 20036
(202) 869-5210
Greg.Dolin@NCLA.legal

*Attorney for the Plaintiff*
*Admitted Pro Hac Vice pursuant to*
*Court Order of 11/14/2022*

## CERTIFICATE OF SERVICE

 I hereby certify that on January 3, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Gregory Dolin*
Gregory Dolin
New Civil Liberties Alliance
1225 19th Street NW, Suite 450
Washington, DC 20036
(202) 869-5210
Greg.Dolin@NCLA.legal

*Attorney for the Plaintiff*
*Admitted Pro Hac Vice pursuant to*
*Court Order of 11/14/2022*
