UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____

DR. STEPHEN T. SKOLY, Jr.

      Plaintiff,

vs.  :  C.A. 1:22-cv-00058-MSM-LDA

DANIEL J. MCKEE, sued in his official and individual capacities as the Governor of the State of Rhode Island; NICOLE ALEXANDER-SCOTT, sued in her official and individual capacities as the former Director of the Rhode Island Department of Health; JAMES McDONALD, sued in his official and individual capacities as the former Interim Director of the Rhode Island Department of Health; UTPALA BANDY, sued in her official and individual capacities as the current Interim Director of the Rhode Island Department of Health; MATTHEW D. WELDON, sued in his official and individual capacities as the Director of the Rhode Island Department of Labor and Training; the STATE OF RHORD ISLAND; THE RHODE ISLAND DEPARTMENT OF HEALTH; and the RHODE ISLAND DEPARTMENT OF LABOR AND TRAINING.

      Defendants.
_____

## **STIPULATION**

The parties hereby agree that all Defendants have an additional fifteen (15) days, up to and including February 21, 2023, to respond to Plaintiff's Response to Defendants' Motion to Dismiss.

1

Respectfully submitted,

Defendants,

BY:

PETER F. NERONHA,
ATTORNEY GENERAL

*/s/ Michael W. Field*
Michael W. Field, Bar No. 5809
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 Ext. 2380
Fax: (401) 222-3016
mfield@riag.ri.gov


*/s/ Gregory Dolin\**
Gregory Dolin
New Civil Liberties Alliance
1225 19th Street NW, Suite 450
Washington, DC 20036
(202) 869-5210
Greg.Dolin@NCLA.legal

*Attorney for the Plaintiff*
*Admitted Pro Hac Vice pursuant to*
*Court Order of 11/14/2022*

Attorney for Plaintiff, Dr. Stephen T. Skoly, Jr.


## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I filed the within via the ECF filing system and that a copy is available for viewing and downloading. I have also caused a copy to be sent via the ECF System to counsel of record on this 3rd day of February, 2022.

*/s/ Michael W. Field*

2