UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____

DR. STEPHEN T. SKOLY, Jr.

        Plaintiff,

vs.                                                      C.A. 1:22-cv-00058-MSM-LDA

DANIEL J. MCKEE, sued in his official and individual capacities as the Governor of the State of Rhode Island; NICOLE ALEXANDER-SCOTT, sued in her official and individual capacities as the former Director of the Rhode Island Department of Health; JAMES McDONALD, sued in his official and individual capacities as the former Interim Director of the Rhode Island Department of Health; UTPALA BANDY, sued in her official and individual capacities as the current Interim Director of the Rhode Island Department of Health; MATTHEW D. WELDON, sued in his official and individual capacities as the Director of the Rhode Island Department of Labor and Training; the STATE OF RHORD ISLAND; THE RHODE ISLAND DEPARTMENT OF HEALTH; and the RHODE ISLAND DEPARTMENT OF LABOR AND TRAINING.

        Defendants.
_____

## JOINT PARTIAL DISMISSAL STIPULATION

Pursuant to Fed. Civ. Pro. R. 41(a)(1)(A)(ii), the parties hereby agree that Count IV shall be dismissed with prejudice against all Defendants, but the dismissal of Count IV with prejudice in this federal lawsuit shall not impact any action Dr. Skoly may have pending or may bring in the future in state court challenging denial of his unemployment benefits. No costs or fees to either party.

1

Respectfully submitted,

Defendants,

BY:

PETER F. NERONHA,
ATTORNEY GENERAL

/s/ Michael W. Field
Michael W. Field, Bar No. 5809
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 Ext. 2380
Fax: (401) 222-3016
mfield@riag.ri.gov


By:  Attorney for Plaintiff, Dr. Stephen T. Skoly, Jr.

/s/ Gregory Dolin*
Gregory Dolin
New Civil Liberties Alliance
1225 19th Street NW, Suite 450
Washington, DC 20036
(202) 869-5210
Greg.Dolin@NCLA.legal

*Attorney for the Plaintiff*
*Admitted Pro Hac Vice pursuant to*
*Court Order of 11/14/2022*


**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I filed the within via the ECF filing system and that a copy is available for viewing and downloading.  I have also caused a copy to be sent via the ECF System to counsel of record on this 23rd day of February, 2023.


/s/ Michael W. Field

2