## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Dr. Stephen T. Skoly, Jr | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 1:22-cv-00058-MSM-LDA |
| Daniel J. McKee, et al | ) ) ) |
| Defendants. | ) ) ) ) ) |

## **JUDGMENT**

IT IS ORDERED AND ADJUDGED:

Judgment hereby enters in accordance with the Oral Order of 7/20/2023

Enter:

/s/ Carrie L. Potter
Deputy Clerk

Dated: 7/20/2023