UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____

DR. STEPHEN T. SKOLY, Jr.

        Plaintiff,

vs.                                                                     :    C.A. 1:22-cv-00058-JJM-LDA

DANIEL J. MCKEE, in his individual and official capacity as the Governor of the State of Rhode Island, et al.,

        Defendants.
_____

**ENTRY OF APPEARANCE**

    Now comes Katherine Connolly Sadeck, Assistant Attorney General, and hereby enters her appearance on behalf of, Daniel J. McKee, in his individual and official capacity as Governor of the State of Rhode Island, Dr. James McDonald, in his individual and official capacity as former Interim Director of the Rhode Island Department of Health, Matthew SD. Weldon, in his individual and official capacity as Director of Rhode Island Department of Labor & Training, Nicole Alexander-Scott, MD, in her individual and official capacity as the former Director of the Rhode Island Department of Health, Utpala Bandy, in her individual and official capacity as the Interim Director of the Rhode Island Department of Health, the State of Rhode Island, the Rhode Island Department of Health, and the Rhode Island Department of Labor & Training. Although this case is currently on appeal in the First Circuit Court of Appeals, counsel is filing this entry of appearance in order to have notice of any docket filings that may be made related to the appeal in this matter because the other counsel of record for the Defendants is withdrawing her appearance.

Respectfully submitted,

Defendants,

BY:

PETER F. NERONHA,
ATTORNEY GENERAL

*/s/ Katherine Connolly Sadeck*
Katherine Connolly Sadeck, Bar No. 8637
Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
Tel: (401) 274-4400, Ext. 2480
Fax: (401) 222-3016
ksadeck@riag.ri.gov

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I filed the within via the ECF filing system and that a copy is available for viewing and downloading. I have also caused a copy to be sent via the ECF System to counsel of record on this 23rd day of October, 2023

*/s/ Katherine Connolly Sadeck*